JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MATHEW WILCOX,<br><br>　　　　Plaintif,<br><br>　v.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　Defendants.<br>_____<br>STEFAN MATTHEW WILCOX,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants.<br>_____ | **No. CV 19-622-GW-FFMx**<br><br>Consolidated with:<br><br>No. CV 20-4021-GW-AFMx<br><br><br>**JUDGMENT DISMISSING THE CONSOLIDATED MATTERS**<br><br>**Hon. George H. Wu** |

　　　This Court, after consideration of the papers in support of and in opposition to Defendants County of Los Angeles, the Los Angeles County Sheriff's Department, the Los Angeles County Probation Department, and Probation Officers Perez and Arnows' ("Defendants") Summary Judgment Motion (Dkt. No. 79), and, Motions to Dismiss (Dkt Nos. 17 and 29), hereby grants the Summary Judgment Motion and Motions to Dismiss, in their entirety, and with prejudice; and enters judgment in favor of Defendants County

of Los Angeles, the Los Angeles County Sheriff's Department, the Los Angeles County Probation Department, and Probation Officers Perez and Arnow and against Plaintiff Stefan Matthew Wilcox; and since no causes of action remain in this action,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

These consolidated actions are dismissed in their entirety, with prejudice, and, that Judgment is entered in favor of all Defendants and against Plaintiff Stefan Matthew Wilcox.

DATED: November 16, 2020

_____
HON. GEORGE H. WU,
United States District Judge